[No. 49795-2-I.   Division One.   March 24, 2003.]

*In the Matter of the Marriage of* JOHNNY G. CARRILLO, *Appellant*, and TRACY G. CARRILLO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-3-09053-0, James A. Doerty, J., entered December 7, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 49849-5-I.   Division One.   March 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JAMES TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04223-4, Helen Halpert, J., entered December 21, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Kennedy, JJ.

[No. 50626-9-I.   Division One.   March 24, 2003.]

CAROLYN C. COOK, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-02472-8, James A. Doerty, J., entered May 24, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid and Schindler, JJ.

[No. 20339-5-III.   Division Three.   March 25, 2003.]

RIVER PARK SQUARE, L.L.C., ET AL., *Respondents*, v. HENRY MIGGINS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-02777-4, Michael E. Donohue, J., entered June 15, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.